UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 12-5148 DSF<br>CR 09-445 DSF | Date | 2/7/13 |
|---|---|---|---|
| Title | United States v. Marcos Gonzales Romero | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motion for Relief Pursuant to 28 U.S.C. § 2255

    Defendant brings a § 2255 motion claiming ineffective assistance of counsel during previous criminal proceedings. Defendant's claims have no merit.

    Defendant's counsel was not ineffective in failing to argue that Defendant should receive sentencing credit for his time in custody for a related state proceeding or his previous illegal reentry conviction. Counsel, in fact, made arguments along these lines, which were partially accepted by both government counsel and the Court. That some of the arguments were also rejected by the Court does not render counsel's assistance ineffective.

    Defendant's counsel was not ineffective in failing to argue that the government's § 851 information was defective. Defendant provides no basis to believe that the information was defective in any way and there is no evidence, even now, that it was defective.

    Defendant's counsel was also not ineffective for failing to argue any of the "plethora of downward variance possibilities" identified by Defendant because Defendant provides no reason to believe that there was any factual basis for any of those "possibilities" in this case.

    The § 2255 motion is DENIED.

    IT IS SO ORDERED.